

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00980-CR

REYNALDO ESPINOZA, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from County Criminal Court at Law No. 6 of Harris County.
(Tr. Ct. No. 1841842).

This case is an appeal from the final judgment signed by the trial court on October 16, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 22, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Higley.